**00–2339. State v. Avery.**
Union App. No. 14–97–30. On motion for leave to file delayed appeal. Motion denied.

**01–90. State ex rel. Chapnick v. E. Cleveland City School Dist. Bd. of Edn.**
Cuyahoga App. No. 78088. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the joint request for extension of time for filing briefs pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the request for extension of time for filing briefs be, and hereby is, granted to April 9, 2001.

**01–136. State v. Williams.**
Allen App. No. 1200032. On motion for leave to file delayed appeal. Motion denied.
LUNDBERG STRATTON, J., dissents.

**01–140. State v. Cobb.**
Seneca App. No. 13200007. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**01–143. State v. Ali.**
Summit App. No. 19590. On motion for leave to file delayed appeal. Motion denied.

**01–146. State v. Goffee.**
Guernsey App. No. 00CA03. On motion for leave to file delayed appeal. Motion denied.
LUNDBERG STRATTON, J., dissents.

**01–147. State v. Holsinger.**
Franklin App. No. 00AP–216. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**01–154. State v. Feathers.**
Summit App. No. 19837. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**01–157. State v. Henry.**
Hamilton App. No. C–000681. On motion for leave to file delayed appeal. Motion denied.

**01–159. Doganiero v. Ins. Co. of Ohio.**
Cuyahoga App. No. 77075. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause held for the decisions in 00–745 and 00–801, *Littrell v. Wigglesworth,* Butler App. Nos. CA99–05–092 and CA99–08–141, and 00–206 and 00–374, *Clark v. Scarpelli,* Montgomery App. No. 17883; briefing schedule stayed.

**01–160. State ex rel. Johnny Appleseed Metro. Park Dist. v. Delphos.**
Allen App. No. 1200050. On motion for stay of court of appeals' decision. Motion denied.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**01–161. Bruns v. Freeman Groves Ins. & Fin. Corp.**
Mercer App. No. 10200017. On motion for stay of court of appeals' judgment. Motion denied.

**01–177. State v. Toddy.**
Ashtabula App. No. 99–A–0054. On motion for stay of court of appeals' judgment. Motion denied.

**01–179. State Dept. of Taxation v. Crabill.**
Clark App. No. 2000CA36. On motion for stay of the court of appeals' decision. Motion denied.

**01–210. State v. Koonce.**
Erie App. No. E–96–002. On motion for leave to file delayed appeal. Motion denied.
RESNICK, J., not participating.

**01–211. State v. Allen.**
Cuyahoga App. No. 78297. On motion for leave to file delayed appeal. Motion denied.

**01–216. State v. Feathers.**
Summit App. No. 19837. On motion for leave to file delayed appeal. Motion denied.